364 A.2d 956

Commonwealth v. Bruni, Appellant.

Argued November 17, 1975. Leonard G. Ambrose, III, for appellant; James C. Blackman, Assistant District Attorney, and Samuel F. Bonavita, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 222

Commonwealth v. Byrd, Appellant.

Submitted June 22, 1976. Neil Carver, and Carver and Steinberg, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.